# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | Case No. 1:14-cv-01620---SKO |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION TO EXTEND THE RESPONSIVE PLEADING DEADLINE FOR ALL DEFENDANTS, AND TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| CHARANJIT SONGU dba B&B LIQUOR; JANAK RANI SONGU dba B&B LIQUOR; GURDIAL SINGH; and BALDIR KAUR, | (Doc. 10) |
| Defendants. | |

## **ORDER**

Upon the application of Plaintiff, and good cause appearing:

IT IS HEREBY ORDERED that Defendants may have to and including December 24, 2014, within which to file their responsive pleadings.

IT IS FURTHER ORDERED that the telephonic Case Management Conference currently set for December 11, 2014, be continued to January 22, 2015, at 10:45 a.m.

IT IS SO ORDERED.

Dated:   **December 9, 2014**               **/s/ Sheila K. Oberto**
                                                                  UNITED STATES MAGISTRATE JUDGE