# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>  vs.<br><br>CHARANJIT SONGU dba B & B LIQUOR, et al.,<br><br>    Defendants. | No. 1:14-cv-01620-SKO<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Ronald Moore ("Plaintiff"), and Defendants, Charanjit Songu dba B & B Liquor, Janak Rani Songu dba B & B Liquor, Gurdial Singh, and Baldir Kaur (collectively "Defendants," and together with Plaintiff, the "Parties"), the parties hereto, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A." This amendment will not modify any date or deadline fixed by the Court's Scheduling Order dated February 4, 2015 (Dkt. 19) pursuant to Fed. R. Civ. P. 16(b)(4).

**IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO STIPULATED**.

Dated:  May 21, 2015                         MOORE LAW FIRM, P.C.


                                             */s/ Tanya E. Moore*
                                             Tanya E. Moore
                                             Attorney for Plaintiff,
                                             Ronald Moore

Dated:  May 21, 2015                         COSTANZO & ASSOCIATES


                                             */s/ Neal E. Costanzo*
                                             Neal E. Costanzo
                                             Attorneys for Defendants,
                                             Charanjit Songu dba B & B Liquor, Janak Rani
                                             Songu dba B & B Liquor, Gurdial Singh, and
                                             Baldir Kaur

## ORDER

The Parties having so stipulated and good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff shall file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed; and

2. Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

IT IS SO ORDERED.

   Dated:   **May 26, 2015**                        **/s/ Sheila K. Oberto**
                                             UNITED STATES MAGISTRATE JUDGE