# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHARANJIT SONGU, et al.,<br><br>　　　　Defendants. | Case No.  1:14-cv-01620-SKO<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN THIRTY DAYS |

The Court conducted a settlement conference in this action on September 9, 2015, at which the parties reached a settlement agreement.  The parties shall execute a full settlement agreement within seven (7) days and file dispositional documents within seventy (70) days.  The parties have consented to the jurisdiction of a U.S. Magistrate Judge to enforce the settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED;
2. The parties shall execute a full settlement agreement within seven (7) days from the date of service of this order;
3. The parties shall file dispositional documents within seventy (70) days from the date of service of this order; and

///
///
///
///

1

4. This Judge shall retain jurisdiction to enforce the settlement agreement reached by the parties.

IT IS SO ORDERED.

Dated: **September 9, 2015**

UNITED STATES MAGISTRATE JUDGE