# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CHARANJIT SONGU dba B & B LIQUOR, et al.,<br><br>　　　　Defendants. | No. 1:14-cv-01620-SKO<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE DISPOSITIVE DOCUMENTS; ORDER** |

**WHEREAS,** Plaintiff, Ronald Moore ("Plaintiff"), and Defendants, Charanjit Songu dba B & B Liquor, Janak Rani Songu dba B & B Liquor, Gurdial Singh, and Baldir Kaur (collectively "Defendants," and together with Plaintiff, the "Parties"), the parties hereto, reached a settlement of this matter on September 9, 2015;

**WHEREAS,** pursuant to the Court's Order Following Settlement, dated September 10, 2015 (Dkt. 28) ("the Order"), the Parties were to file dispositive documents within 70 days of the Order, putting the last day to file dispositive documents at November 19, 2015;

**WHEREAS,** also pursuant to the Order, Magistrate Judge Stanley A. Boone retained jurisdiction over the matter for the purpose of enforcing the parties' settlement agreement;

**WHEREAS,** the Parties' settlement agreement provided that dismissal of the action was contingent upon Plaintiff's receipt of the settlement payment, which was due on November 9, 2015;

**WHEREAS,** Defendants have not been able to make the settlement payment to date and have requested, and Plaintiff has agreed to, an extension until December 4, 2015 to make the settlement payment;

**WHEREAS,** the Parties require additional time to file dispositive documents as,

pursuant to the terms of the settlement agreement, the action is not to be dismissed until payment is received by Plaintiff.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** that the time within which the Parties must file dispositive documents is extended to and including December 11, 2015. **IT IS SO STIPULATED**.

Dated:  November 19, 2015                    MOORE LAW FIRM, P.C.


                                             */s/ Tanya E. Moore*
                                             Tanya E. Moore
                                             Attorney for Plaintiff,
                                             Ronald Moore

Dated:  November 19, 2015                    COSTANZO & ASSOCIATES


                                             */s/ Neal E. Costanzo*
                                             Neal E. Costanzo
                                             Attorneys for Defendants,
                                             Charanjit Songu dba B & B Liquor, Janak Rani
                                             Songu dba B & B Liquor, Gurdial Singh, and
                                             Baldir Kaur

## ORDER

The Parties having so stipulated and good cause appearing, IT IS HEREBY ORDERED that the Parties shall file dispositive documents by no later than **December 8, 2015**.

IT IS SO ORDERED.

Dated:   **November 20, 2015**                         **/s/ Sheila K. Oberto**
                                             UNITED STATES MAGISTRATE JUDGE

STIPULATION TO EXTEND DEADLINE TO FILE DISPOSITIVE DOCUMENTS; ORDER