Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorney for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | Case No. 1:14-cv-01620-SKO |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FED. R. CIV. P. 41(A)(1)(A)(ii)** |
| vs. | |
| CHARANJIT SONGU d/b/a B & B LIQUOR, et al., | (Doc. 32) |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Charanjit Songu dba B & B Liquor; Janak Rani Songu dba B & B Liquor; Gurdial Singh; and Baldir Kaur, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: December 11, 2015               MOORE LAW FIRM, P.C.

                                       */s/ Tanya E. Moore*
                                       Tanya E. Moore
                                       Attorney for Plaintiff,
                                       Ronald Moore


Dated: December 11, 2015               COSTANZO & ASSOCIATES



                                       */s/ Neal E. Costanzo*
                                       Neal E. Costanzo
                                       Attorneys for Defendants,
                                       Charanjit Songu dba B & B Liquor, Janak Rani
                                       Songu dba B & B Liquor, Gurdial Singh, and Baldir
                                       Kaur



**ORDER**

Based on the parties' stipulation, IT IS HEREBY ORDERED that:

1.   The entire matter is DISMISSED with prejudice as to all Defendants; and

2.   The Clerk of the Court is DIRECTED to close this case.


IT IS SO ORDERED.

Dated:   **December 24, 2015**                  **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE